IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3065 |
| | ) | |
| v. | ) | |
| | ) | |
| DENISE L. SCHAWANG, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

The defendant has moved to continue the pretrial motion deadline currently set for July 17, 2009. Filing No. 15. Defense counsel states he received a substantial number of discovery documents from the government, beginning on June 24, 2009, and has requested additional information from the government. The defendant and her counsel need additional time to review these discovery materials and any additional information they may request and receive to determine if pretrial motions should be filed and to prepare for trial. The defendant requests a 45-day continuance of the pretrial motion deadline. Counsel for the government does not oppose the defendant's motion. The court finds the defendant's motion should be granted.

IT IS ORDERED:

1) Defendant's unopposed motion to continue the deadline for filing pretrial motions, (filing no. 15), is granted and defendant's pretrial motions and briefs shall be filed on or before September 1, 2009.

2) The ends of justice will be served by granting such a motion, and outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion,

the time between today's date and September 1, 2009, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, for the reason that the parties require additional time to adequately prepare the case, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

3) The trial of this case, currently scheduled for August 24, 2009, is continued and will be re-scheduled upon the resolution of any pretrial motions.

DATED this 13th day of July, 2009.

                BY THE COURT:

                *s/Richard G. Kopf*
                United States District Judge