IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:09CR3065 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MEMORANDUM AND ORDER |
| | ) | |
| DENISE L. SCHAWANG, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant has filed an unopposed motion for a seven-day continuance of the pretrial motion deadline. (Filing No. 22). Defense counsel explains he intends to file several pretrial motions and needs additional time to prepare the motions and accompanying briefs. The court finds the defendant's motion should be granted.

IT IS ORDERED:

1) Defendant's unopposed motion to continue, (filing no. 22), is granted and defendant's pretrial motions and briefs shall be filed on or before October 19, 2009.

2) The ends of justice will be served by granting such a motion, and outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and October 19, 2009, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, for the reason that the parties require additional time to adequately prepare the case, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

October 9, 2009.   BY THE COURT:

*Richard G. Kopf*
United States District Judge