IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3065 |
| | ) | |
| V. | ) | |
| | ) | |
| DENISE L. SCHAWANG, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that the government's unopposed motion to continue, (filing no. 30), is granted, and the government's response to defendant's Motion to Compel, (filing no. 28), Motion to Inspect and Copy Grand Jury Record (filing no. 26), and Motion to Dismiss (filing no. 24) shall be filed on or before November 30, 2009.

    DATED this 28th day of October, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge