IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3065 |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| DENISE L. SCHAWANG, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the government's unopposed motion to continue, (filing no. 32), is granted, and the government's response to the defendant's pending pretrial motions shall be filed on or before December 14, 2009.

DATED this 30th day of November, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge