IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3065 |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| DENISE L. SCHAWANG, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that the government's unopposed motion to continue, (filing no. 34), is granted, and the government's response to the defendant's pending pretrial motions shall be filed on or before January 12, 2010.

    DATED this 15th day of December, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge